UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Atdilon Baez

    v.                             Case No. 23-cv-126-LM-AJ

FCI Berlin, Warden

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 6, 2023 and deny as moot the Motion for Summary Judgment (document 6). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (quoting <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: January 19, 2024

cc: Atdilon Baez, pro se
    Counsel of Record